# United States Court of Appeals
## For the First Circuit

No. 22-1878

UNITED STATES OF AMERICA,

Appellee,

v.

GARY E. LEACH,

Defendant, Appellant.

**JUDGMENT**

Entered: December 21, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Christine DeMaso, Cara McNamara, Brendan O. Kelley, Donald Campbell Lockhart, Karen Lisa Eisenstadt, David M. Holcomb, Gary E. Leach