# United States Court of Appeals
## For the First Circuit

No. 22-1878

UNITED STATES,

Appellee,

v.

GARY E. LEACH,

Defendant - Appellant.

**MANDATE**

Entered: January 12, 2024

In accordance with the judgment of December 21, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Christine DeMaso
Karen Lisa Eisenstadt
David M. Holcomb
Brendan O. Kelley
Donald Campbell Lockhart
Cara McNamara